AO 245E (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for Organizational Defendants
Sheet 1



CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 21 2010

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Organizational Defendants) |
| ALLIANCE ONE TOBACCO OSH, LLC | CASE NUMBER: DVAW410CR000016-001 |
| | CASE NUMBER: |
| | Edward J. Fuhr, Esq. |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  1, 2 & 3

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to violate the Foreign Corrupt Practices Act | 3/31/04 | 1 |
| 15 U.S.C. § 78dd-3(a) | Violation of the Anti-Bribery Provisions of the Foreign Corrupt Practices Act | 3/04 | 2 |
| 15 U.S.C. § 78m(b)(2)(A) | Aiding and abetting the falsification of books and records | 3/04 | 3 |

The defendant organization is sentenced as provided in pages 2 through  5  of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 4687-3300-000

Defendant Organization's Principal Business Address:

Mominovoi Street 10
Osh, Kyrgyz Republic

10/21/10
Date of Imposition of Judgment

/s/ Jackson L. Kiser
Signature of Judge

Jackson L. Kiser, Senior United States District Judge
Name and Title of Judge

10/21/10
Date

Defendant Organization's Mailing Address:

Same as above

AO 245E  (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for Organizational Defendants
Sheet 3 - Criminal Monetary Penalties

Judgment - Page __2__ of __5__

DEFENDANT ORGANIZATION: ALLIANCE ONE TOBACCO OSH, LLC
CASE NUMBER: DVAW410CR000016-001

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200.00 | $ 4,200,000.00 | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $0.00 | $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E    (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for Organizational Defendants
Sheet 4 - Schedule of Payments

Judgment - Page 3 of 5

**DEFENDANT ORGANIZATION:** ALLIANCE ONE TOBACCO OSH, LLC
**CASE NUMBER:** DVAW410CR000016-001

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  [X]  Lump sum payment of $ 4,201,200.00 due immediately, balance due

   [ ] not later than _____, or
   [X] in accordance with [ ] C or [X] D below; or

B  [ ]  Payment to begin immediately (may be combined with [ ] C or [ ] D below); or

C  [ ]  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  [X]  Special instructions regarding the payment of criminal monetary penalties:

A lump sum payment of $4,201,200.00 is due and payable not later than 10 business days from entry of judgment.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ]  The defendant organization shall pay the cost of prosecution.

[ ]  The defendant organization shall pay the following court cost(s):

[ ]  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245E    (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for Organizational Defendants
Attachment - Statement of Reasons

DEFENDANT ORGANIZATION: ALLIANCE ONE TOBACCO OSH, LLC
CASE NUMBER: DVAW410CR000016-001

Judgment - Page __4__ of __5__

## STATEMENT OF REASONS

☐ The court adopts the presentence report and guideline applications **WITHOUT CHANGE.**

OR

☒ The court adopts the presentence report guideline applications **BUT WITH THESE CHANGES:**

Paragraphs 2 & 32 are amended to reflect the correct stipulated fine amount of $4,200,000.00.

Guideline Range Determined by the Court:

☒ The defendant organization is a criminal purpose organization pursuant to U.S.S.G. §8C1.1.

OR

☐ The calculation of the guideline fine range is unnecessary because the defendant organization cannot pay restitution pursuant to U.S.S.G. §8C2.2(a).

OR

Total Offense Level: __30__

Base Fine: __4,200,000.00__

Total Culpability Score: __2__

Fine Range: $ __4,200,000.00__ to $ __8,400,000.00__

☐ Disgorgement amount of $ _____ is added to fine pursuant to U.S.S.G. §8C2.9.

☐ Fine offset amount of $ _____ is subtracted from fine pursuant to U.S.S.G. §8C3.4.

☐ Fine waived or below the guideline range because of inability to pay pursuant to U.S.S.G. §8C.3.3.

### RESTITUTION DETERMINATIONS

Total Amount of Restitution: $_____

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

☐ For offenses for which restitution is authorized under 18 U.S.C § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

☐ Restitution is not ordered for other reasons:

☐ Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c) for the following reason(s):

AO 245E  (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for Organizational Defendants
Attachment A - Statement of Reasons

DEFENDANT ORGANIZATION: ALLIANCE ONE TOBACCO OSH, LLC
CASE NUMBER: DVAW410CR000016-001

Judgment - Page 5 of 5

## STATEMENT OF REASONS

☒ The sentence is within the guideline range and the court finds no reason to depart from the sentence called for by the application of the guidelines.

The sentence and payment schedule imposed by the Court is in keeping with the Rule 11(c)(1)(C) Plea Agreement in this case and represents the best interest of the Government and the Defendant. In addition to the lump sum payment due, Defendant shall also comply with the provisions of Exhibit 2, Corporate Compliance Program, as set forth in the Plea Agreement, and a copy of which is attached to this judgment.

OR

☐ The sentence departs from the guideline range:

☐ upon motion of the government, as a result of a defendant's substantial assistance, or

☐ for the following specific reason(s):